| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) HALL, JANET C | 2. Court or Organization U.S. District Court (D.CT) | 3. Date of Report 05/15/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address U.S. District Court 915 Lafayette Blvd. Bridgeport, CT 06604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Federal Judges Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2006 MAY 19 P 3: 39 FINANCIAL DISCLOSURE OFFICE RECEIVED

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C | 05/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Self-employed lawyer |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]  NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☒ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. U.S. Dept. Education | Student Loan | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Van Eck Global | A | Dividend | | | Sell | 11/28 | J | C | |
| 2. State of Israel 12 Yr 5th Indiv. Var Rate Issue Bond(9/1/06) | A | Interest | J | T | | | | | |
| 3. State of Israel Bond - Exp. 1/01/13 | B | Interest | K | T | | | | | |
| 4. UBS Bank USA Deposit Account | A | Interest | | | Closed | 11/25 | J | | |
| 5. Templeton Dragon Fund | A | Dividend | J | T | | | | | |
| 6. Templeton Global Small Cos Growth Fd C1 1 Mutual Fund | A | Dividend | J | T | | | | | |
| 7. Mutual Qualified FD CL 2 Mutual Series | D | Dividend | M | T | | | | | |
| 8. Chartlinks, L.P. | | None | J | W | | | | | |
| 9. Strips-tprp Pmt on 10.625 2015 T/Bond-8/15/2015 | A | Interest | J | T | | | | | |
| 10. Strips Tint-US Treasury Mat. 11/15/20 | A | Interest | J | T | | | | | |
| 11. Vanguard Windsor II Fund | C | Dividend | L | T | Buy | 1/18 | J | | |
| 12. Templeton Growth Fund Class A | A | Dividend | J | T | | | | | |
| 13. Mutual Discovery Fund CL2 | B | Dividend | K | T | | | | | |
| 14. Husband's P.C. (Note) | | None | M | W | | | | | |
| 15. Partnership Interest in Whitney-Humphrey Assc. (Note) | A | Distribution | J | W | | | | | |
| 16. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 17. Cash Value Life Insurance | C | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cash Value Life Insurance | C | Interest | L | T | | | | | |
| 19. Aim Weingarten CL.B Fund | | None | | | Sell | 11/28 | K | | |
| 20. Franklin Sm Mid Cap Gr Fund Class A | | None | | | Sell | 11/28 | L | E | |
| 21. Excelsior Value & Rest. Fund (Note) | B | Dividend | M | T | | | | | |
| 22. Royce Total Return Fund | C | Dividend | L | T | | | | | |
| 23. Schwab US Treas Money Fund (Note) | A | Interest | L | T | | | | | |
| 24. Sound Shore Fund | D | Dividend | M | T | Buy | 12/16 | J | | |
| 25. Thornburg Value Fund CL.A | A | Dividend | L | T | | | | | |
| 26. Westport Select Cap.CL.R Fund (Note) | E | Dividend | M | T | | | | | |
| 27. Schwab Value Advantage Money Fund | B | Dividend | K | T | Partial Sale | 2/11 | J | | |
| 28. Schwab Value Advantage Money Fund | | | | | Partial Sale | 4/14 | J | | |
| 29. Schwab Value Advantage Money Fund | | | | | Partial Sale | 11/04 | K | | |
| 30. Oakmark Select | D | Dividend | L | T | | | | | |
| 31. Wells Fargo Adv Small Cap Value Z Fund (Note) | E | Dividend | M | T | | | | | |
| 32. Citizens Bank | A | Interest | L | T | | | | | |
| 33. Muhlenkamp Fund | A | Dividend | L | T | | | | | |
| 34. Oakmark Select Fund | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AMR Corp. | | None | J | T | | | | | |
| 36. Artisan Int'l Small Cap Fund | D | Dividend | M | T | | | | | |
| 37. Old Mutual Clipper Focus Fund (Note) | C | Dividend | L | T | | | | | |
| 38. Muhlenkamp Fund | B | Dividend | M | T | | | | | |
| 39. Calamos Growth Fund - A (Note) | D | Dividend | N | T | | | | | |
| 40. Third Ave. Real Est. Value Fund | A | Dividend | J | T | | | | | |
| 41. Third Ave. International Value Fund | A | Dividend | J | T | Buy | 5/6 | J | | |
| 42. Buffalo Sm. Cap Fund | E | Dividend | M | T | | | | | |
| 43. T. Rowe Price MidCap Growth | C | Dividend | L | T | Buy | 1/18 | J | | |
| 44. T. Rowe Price MidCap Growth | | | | | Buy | 1/19 | J | | |
| 45. T. Rowe Price MidCap Growth | | | | | Buy | 10/24 | J | | |
| 46. Ariel Apprec. Fund | A | Dividend | J | T | Buy | 3/4 | J | | |
| 47. Ariel Apprec. Fund | | | | | Buy | 5/6 | J | | |
| 48. T. Rowe Price Cap.App.Fund | A | Dividend | K | T | Buy | 3/14 | J | | |
| 49. T. Rowe Price Cap. App. Fund | | | | | Buy | 5/6 | J | | |
| 50. Marsico Growth Fund | | None | L | T | | | | | |
| 51. IShares MSCI Canada Index Fund (Note) | A | Dividend | K | T | Partial Sale | 11/10 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity Cash Acct. | A | Interest | J | T | | | | | |
| 53. Bank of America | A | Interest | J | T | | | | | |
| 54. Vanguard Global Equity Fund | B | Dividend | K | T | | | | | |
| 55. Vanguard Int'l. Growth Fund | B | Dividend | L | T | | | | | |
| 56. Vanguard Pacific Stock Index Fund | | None | | | Sell | 10/10 | K | D | |
| 57. IShares MSCI Brazil Free Index Fund | A | Dividend | L | T | | | | | |
| 58. IShares TR S&P Latin America Index Fund | A | Dividend | L | T | | | | | |
| 59. Schwab Bank | A | Interest | J | T | | | | | |
| 60. T. Rowe Price Growth Stock Fund | A | Dividend | K | T | Buy | 10/11 | K | | |
| 61. Davis NT Venture Fd - A | A | Dividend | L | T | Buy | 3/4 | J | | |
| 62. Davis NT Venture Fd - A | | | | | Buy | 5/6 | J | | |
| 63. Davis NT Venture Fd - A | | | | | Buy | 12/16 | K | | |
| 64. Artisan Mid-Cap Value FD | A | Dividend | J | T | Buy | 5/6 | J | | |
| 65. Dodge & Cox Int'l. Stock Fund | A | Dividend | K | T | Buy | 12/16 | K | | |
| 66. Vanguard Strategic Equity Fund | A | Dividend | J | T | Buy | 1/18 | J | | |
| 67. Vanguard Strategic Equity Fund | | | | | Buy | 1/19 | J | | |
| 68. Buffalo Mid-Cap Fund | A | Dividend | J | T | Buy | 10/18 | J | | |

1. Income Gain Codes:  A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Wells Fargo Adv. Small/Mid-Cap Value Fund | A | Dividend | J | T | Buy | 10/18 | J | | |
| 70. Storage Inn Ltd. | | None | L | W | Buy | 2/25 | J | | |
| 71. Arcadia Wind Farms Energies Ltd. | | None | L | W | Buy | 11/7 | K | | |
| 72. Limited Partner, Cummings Drive Family L.P. (Note) | B | Dividend | L | T | | | | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII:

Line 14: Passive income from sub-chapter S corporation.

Line 21: This line is a combination of lines 21 and 48 on CY 04 Report.

Line 23: Lines 23, 29, 36 and 62 of CY 04 Report were consolidated and are all now reported at line 23.

Line 26: This line is the combination of Lines 27 and 37 on CY 04 Report.

Line 27: This line is the combination of Lines 28 and 39 on CY 04 Report.

Line 31: The Strong Advisor Small Cap Fund was renamed Wells Fargo Adv. Small Cap Value Z Fund. Lines 31 and 35 of CY 04 Report were combined and are now reported at Line 31.

Line 37: Name change from PBHG Clipper Focus Int'l. Fund on CY 04 Report to Old Mutual Clipper Focus Fund.

Line 39: Calamos Growth Fund A. This Line is a combination of Lines 43 and 47 on CY 04 Report.

Line 51: IShares MSCI Canada Index Fund. This Line is a combination of Lines 60 and 68 on CY 04 Report.

Line 55 (CY' 04 Report): Schwab Money Market Fund dropped below reporting levels.

Line 72: This asset is a limited partnership formed to hold assets gifted by ▇▇▇▇▇▇ to ▇▇▇▇▇▇ including ▇▇▇▇ This asset was created several years ago, but I was not aware of information about it until recently. I have no knowledge of the investments held by this limited partnership, and I have no authority to decide, or involvement in, investment decisions of this limited partnership.

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C | 05/15/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu                      Date *May 15, 2006*

NOT█████INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND██████AL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544